**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Daemon Michael Crim, Appellant.

Appellate Case No. 2018-001915

―――――――――――

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2020-UP-239
Submitted June 1, 2020 – Filed August 12, 2020

―――――――――――

**AFFIRMED**

―――――――――――

Erin E. Bailey, of The Law Office of Erin E. Bailey LLC,
of Georgetown, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Joshua Abraham Edwards, both of
Columbia; and Solicitor David Michael Pascoe, Jr., of
Orangeburg, all for Respondent.

―――――――――――

**PER CURIAM:** Daemon Crim appeals his concurrent twenty-year sentences and
requirement he register as a sex offender following his guilty plea for two counts

of second-degree criminal sexual conduct (CSC).  Because the plea court did not abuse its discretion in imposing Crim's sentence that was within the statutory range, we affirm pursuant to Rule 220(b), SCACR, and the following authorities: *In re M.B.H.*, 387 S.C. 323, 326, 692 S.E.2d 541, 542 (2010) ("A [plea court] has broad discretion in sentencing within statutory limits."); *id.* (holding a sentence will not be overturned absent an abuse of discretion and explaining an abuse of discretion occurs "when the ruling is based on an error of law or a factual conclusion without evidentiary support"); S.C. Code Ann. § 16-3-653(2) (2015) ("[CSC] in the second degree is a felony punishable by imprisonment for not more than twenty years according to the discretion of the court.");  S.C. Code Ann. § 23-3-430(C)(2) (Supp. 2019) (explaining that an individual convicted of second degree CSC shall be required to register as a sex offender).

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.